IDAER A. CORNELL, APPELLANT, V. MAVERICK LOAN & TRUST
COMPANY ET AL., APPELLEES.

FILED JANUARY 7, 1914. No. 17,481.

APPEAL from the district court for Box Butte county:
WILLIAM H. WESTOVER, JUDGE. *Reversed with directions.*

*Burkett, Wilson & Brown* and *Ralph P. Wilson,* for
appellant.

*Albert W. Crites* and *C. Patterson, contra.*

REESE, C. J.

The petition in this case is in all respects similar to
the petition in *Cornell v. Maverick Loan & Trust Co.,
ante,* p. 9, except that there is a different plaintiff,
and the land sought to be redeemed is the southwest
quarter of section 33, township 27, range 49. In all
other respects the issues and evidence are the same. The
cases are submitted on the same bill of exceptions and
briefs. As the decision will have to be the same as in
that case, it is not deemed necessary to formulate a sep-
arate opinion, nor to prepare another syllabus.

The decision of the district court is reversed, the cause
remanded, and plaintiff allowed to redeem the land upon
the same terms and conditions as in No. 17,480 (*Cornell
v. Maverick Loan & Trust Co., ante,* p. 9).

REVERSED.

ROSE, FAWCETT and SEDGWICK, JJ., not sitting.